CLARA GASSMAN, Appellant, v. REUBEN H. JONES, Respondent,— Appeal dismissed unless appellant shall file and serve printed papers by April third. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of PASQUALE RUGGIERO, Deceased.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

LEWIS A. GALUSHA, Appellant, v. EDWIN M. JENKS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of HENRY C. PRICE, an Attorney and Counselor at Law.— Matter referred to Hon. Charles B. Wheeler, official referee, to return the evidence with his opinion thereon to this court. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

GRANGER & COMPANY and Another, Appellants, v. HARRY L. ALLEN, as Trustee in Bankruptcy, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GABRIEL LOMBARDO, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PULKO, Appellant.— Judgment of conviction affirmed. All concur. Present — Hbubs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY T. CLARK, Respondent, v. DUFFY-POWERS COMPANY and Others, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MYRON H. CLARK, Respondent, v. DUFFY-POWERS COMPANY and Others, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

EMPIRE PRODUCE COMPANY and Another, Appellants, v. HARRY L. ALLEN, as Trustee in Bankruptcy, etc., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of J. WATSON BURROWS, as Administrator, etc., of JAY E. CRANDALL, Deceased.— Motion to amend record *nunc pro tunc* denied. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of THOMAS H. LARKIN, an Attorney and Counselor at Law.— Motion granted, striking the name of Thomas H. Larkin from the roll of attorneys and counselors at law, upon the ground that he has been convicted of a felony. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING FREEDMAN, Appellant.— Motion to dismiss appeal denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARGARET E. GERMANN, as Executrix, etc., Respondent, v. REUBEN H. JONES, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers on appeal and printed briefs by April fifteenth. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.